IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LUIS FERNANDO                §
MALDONADO-SOTO,              §
                            §
               *Petitioner*, §
                            §    No. 1:26-CV-01581-DAE
v.                          §
                            §
BLANCHE,                    §
                            §
               *Respondent.* §

ORDER DENYING HABEAS PETITION

Before the Court is Petitioner Luis Fernando Maldonado-Soto's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") (Dkt. # 1), and Respondents' Advisory (Dkt. # 5).

In his Petition, Petitioner alleges that he is entitled to a writ because his detention in immigration custody has become unreasonably prolonged. (Dkt. # 1 at 2.) However, in their Advisory to the Court, Respondents advise the Court that Petitioner was removed from the United States on June 18, 2026, and is no longer in Immigration and Customs Enforcement ("ICE") custody. (Dkt. # 6 at 1.) Respondents also provide documentation to this effect. (Dkt. # 6-1.)

Accordingly, as Petitioner is no longer in ICE custody, the Court will **DENY** as **MOOT** the Petition. (Dkt. # 1.) The Clerk of the Court is **INSTRUCTED** to close the case.

1

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, June 24, 2026.

_____
David Alan Ezra
Senior United States District Judge